**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1225**

Regina Boston,

        Plaintiff - Appellant,

    v.

COLLECTION COMPANY OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:12-cv-00603-GCM)

Submitted: July 17, 2013         Decided: August 13, 2013

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Regina Boston, Appellant Pro Se. Caren D. Enloe, MORRIS MANNING & MARTIN, LLP, Research Triangle Park, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina Boston appeals the district court's order dismissing her complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boston v. Collection Co. of Am., No. 3:12-cv-00603-GCM (W.D.N.C. Jan. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED